UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN R. DEMOS, JR., <br><br> Plaintiff, <br><br> v. <br><br> DANIEL SATTERBERG, *et al.*, <br><br> Defendants. | Case No. C22-272-RSL-SKV <br><br> REPORT AND RECOMMENDATION |

Plaintiff John Demos, a state prisoner, has submitted to this Court for review a proposed civil rights complaint. Dkt. 1. Plaintiff is well-known locally and nationally as an abusive litigant. He is under pre-filing bar orders in a number of courts, including this Court, the Eastern District of Washington, the Washington State courts, the Ninth Circuit Court of Appeals, and the United States Supreme Court. *See, e.g.*, *Demos v. Storrie*, 507 U.S. 290, 291 (1993).

Although Mr. Demos has submitted his pleading on a prisoner civil rights complaint form, he appears to challenge in this action his state court conviction. *See* Dkt. 1. The proper basis for this action is therefore 28 U.S.C. § 2254.[1] An Order of this Court provides for the

---

[1] Mr. Demos also presents in his proposed complaint somewhat vague and conclusory allegations regarding the conditions of his confinement within the Washington Department of Corrections ("DOC"). *See* Dkt. 1 at 6, 10. However, the only Defendants identified by Plaintiff in his pleading are the King County Prosecuting Attorney, Daniel Satterberg, and the Director of the Washington Association of Criminal Defense Attorneys. Dkt. 1

REPORT AND RECOMMENDATION
PAGE - 1

return without filing of any petition by Mr. Demos that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253 or 2254, unless accompanied by the filing fee. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997). As Mr. Demos' proposed pleading was not accompanied by any filing fee, this Court recommends that, in accordance with the Court's Order of March 13, 1997, the Clerk be DIRECTED to administratively close this matter. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **May 6, 2022**.

Dated this 13th day of April, 2022.

S. KATE VAUGHAN
United States Magistrate Judge

---

at 4. Plaintiff does not identify any DOC employees as Defendants which confirms that Plaintiff's primary intent in filing this action is to challenge his conviction, and not the conditions of his confinement.

REPORT AND RECOMMENDATION
PAGE - 2