UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN R. DEMOS, JR.,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>DANIEL SATTERBERG, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. C22-272-RSL<br><br>ORDER DIRECTING CLERK TO<br>ADMINISTRATIVELY CLOSE CASE |

The Court, having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses thereto, and the remaining record, finds and ORDERS as follows:

　　(1)　　The Report and Recommendation is approved and adopted.

　　(2)　　The Clerk shall administratively close this matter in accordance with the Court's Order of March 13, 1997, as Plaintiff's proposed pleading was not accompanied by any filing fee.

//

//

ORDER DIRECTING CLERK TO
ADMINISTRATIVELY CLOSE
CASE - 1

(3)     The Clerk is directed to send copies of this Order to Plaintiff and to Judge Vaughan.

Dated this 11th day of May, 2022.

*[signature]*
ROBERT S. LASNIK
United States District Judge

ORDER DIRECTING CLERK TO
ADMINISTRATIVELY CLOSE
CASE - 2